

**U.S. Department of Justice**

United States Attorney
District of Maryland
Southern Division

RECEIVED IN THE CHAMBERS OF
WILLIAM M. NICKERSON
JUL 3 0 2008
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Rod J. Rosenstein<br>United States Attorney<br><br>Barbara S. Skalla<br>Assistant United States Attorney | 400 United States Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770-1249 | DIRECT: 301-344-4130<br>MAIN: 301-344-4433<br>FAX: 301-344-4516<br>TTY/TDD: 301-344-2426<br>Barbara.Skalla@usdoj.gov |

July 28, 2008

The Honorable William M. Nickerson
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: U.S. v. Winestock, et al.
        <u>Criminal No. WMN-90-454</u>

Dear Judge Nickerson:

    The government's responses to the pending § 3582(c) motions are currently due. Because responses to all of these motions in this district have been filed for the most part by two AUSA's in our office, I was not aware initially that the Winestock motions would be assigned to me. I would greatly some additional time to become familiar with the materials and collect the relevant data from the very old files. Consequently, I respectfully request an extension of time, until August 8, 2008, by which to file our responses.

                Very Truly Yours,

                Rod J. Rosenstein
                United States Attorney

        By: _/s/ B. Skalla_
                Barbara S. Skalla
                Assistant United States Attorney

cc: Denise Barrett, AFPD

        " **APPROVED** " THIS **30th** DAY
        OF **July**, 20**08**
        _/s/ William M. Nickerson_
        SENIOR UNITED STATES DISTRICT JUDGE